**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6336**

———————

LARRY GARY, JR.,

Plaintiff - Appellant,

versus

CAPTAIN JONES; CORRECTIONAL OFFICER MARTIN;
CORRECTIONAL OFFICER RIDDICK; NURSE PERRY;
CORRECTIONAL OFFICER MANNING,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-00-1-5-BR)

———————

Submitted: April 27, 2000                    Decided: May 4, 2000

———————

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Larry Gary, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Gary, Jr., a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp. 1999). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Gary v. Jones, No. CA-00-1-5-BR (E.D.N.C. Feb. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED